UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDALIS ROLDAN,<br><br>                              Plaintiff,<br><br>          -against-<br><br>MR. NICK,<br><br>                              Defendant. | 25 CIVIL 5412 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the August 27, 2025, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

   SO ORDERED.

Dated:    August 29, 2025

         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge